UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SUMMONS IN A CIVIL CASE

MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND, and MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, GORDON, ANDERSON and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND,

Plaintiffs,

v.

MASONRY STRUCTURES, INC.,

Defendant.

Docket Number:

Assigned Judge:

**08cv1306
Judge Coar
Magistrate Judge Cole**

Designated
Magistrate Judge:

TO: MASONRY STRUCTURES, Inc.
c/o Roseanne Loftus, Registered Agent
646 Busse Highway
Park Ridge, IL 60068

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY:

LaKisha M. Kinsey-Sallis
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(by) Deputy Clerk

Date 3/6/08

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me. | DATE: March 19, 2008 |
|---|---|
| NAME OF SERVER (PRINT) Philip P. Ducar | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service-*

[_]  Served personally upon the defendant. Place where served: _____
_____

[_]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

[_]  Returned unexecuted: _____
_____

XXX  Other (specify):   Personally handed the Summons and the Complaint to Attorney Coleen Loftus, at the office of Attorney Roseanne Loftus, the R/A for the defendant, Masonry Structures, Inc. Service was effected at 2:05 p.m., on March 19th, '08, at 646 Busse Highway, Park Ridge, Il.

### STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ March 19'th, 2008       *Philip P. Ducar*
            Date                          Signature of Server

Post Office Box # 911
Tinley Park, Ill. 60477
_____
Address of Server