IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND,** | ) ) ) ) ) ) | |
| and | ) ) | Case No. 08 C 1306 |
| **MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, GORDON ANDERSON and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND,** | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Judge Coar |
| v. | ) ) | |
| **MASONRY STRUCTURES, INC.,** | ) ) | Magistrate Judge Cole |
| Defendant. | ) ) | |

### ORDER OF DEFAULT

This matter coming before the Court on Plaintiffs' Motion for Entry of Default, the Court being fully apprised on the premises, IT IS HEREBY ORDERED:

(1) An Order of Default is entered against the Defendant MASONRY STRUCTURES, INC., for its failure to answer or otherwise plead to the Complaint served upon it.

(2) Defendant MASONRY STRUCTURES, INC., is ordered to submit completed and accurate work reports to the Plaintiffs for the period of February 2008 through the present within 10 days of the date of the Order.

1

(3)   Defendant MASONRY STRUCTURES, INC., shall pay to Plaintiffs, in addition to those amounts known to be owed for August 2007 through January 2008, all amounts determined to be owed based on the completed work reports for February 2008 to the present, including unpaid contributions, dues, industry fund contributions, interest, liquidated damages, and reasonable attorneys' fees and costs incurred prior to and in the prosecution of this action.

(4)   Defendant MASONRY STRUCTURES, INC., is required to post a $5,000.00 bond in the form and manner as required by the Plaintiffs.

IT IS FURTHER ORDERED THAT:

(5)   This matter is set for prove-up hearing for Plaintiffs' Motion for Entry of Default, with respect to certain amounts herein referenced on _____, _____ at _____ A.M./P.M.

(6)   Plaintiffs are directed to serve written notice of this Order on the Defendant.

ENTERED BY:


_____          Date: _____
Honorable Judge David H. Coar