## <u>CERTIFICATE OF SERVICE</u>

I, LaKisha M. Kinsey-Sallis, an attorney, hereby certify that I will cause to be served a copy of the attached Motion for Entry of Default and proposed Order via electronic filing on the parties eligible to receive e-filing and by having copies sent via facsimile and mailed to the parties not eligible for e-filing on April 10, 2008, with proper postage prepaid to the addresses indicated.

      Masonry Structures, Inc.
      c/o Roseanne Loftus, Registered Agent
      646 Busse Highway
      Park Ridge, IL 60068

                         /s/ LaKisha M. Kinsey-Sallis
                        LaKisha M. Kinsey-Sallis
                        One of Plaintiffs' Attorneys