IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND,**<br><br>**and**<br><br>**MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, GORDON ANDERSON and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**MASONRY STRUCTURES, INC.,**<br><br>    **Defendant.** | Case No. 08 C 1306<br><br>**Judge Coar**<br><br>**Magistrate Judge Cole** |

## NOTICE OF MOTION

**TO:** MASONRY STRUCTURES, INC.
c/o Roseanne Loftus, Registered Agent
646 Busse Highway
Park Ridge, IL 60068

**PLEASE TAKE NOTICE** that on **Thursday, April 17, 2008 at 9:00 a.m.**, or as soon as thereafter I may be heard, I will before the Honorable David H. Coar, or any Judge sitting in his place, at the courtroom usually occupied by him in Courtroom 1419 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, and present Plaintiffs' Motion for Entry of Default, a copy of which is attached and served upon you.

                                                Respectfully Submitted,

                                                /s/ LaKisha M. Kinsey-Sallis
                                                LaKisha M. Kinsey-Sallis
                                                One of Plaintiffs' Attorneys

J. Peter Dowd
Michele M. Reynolds
LaKisha M. Kinsey-Sallis
Steven W. Jados
**DOWD, BLOCH & BENNETT**
8 S. Michigan Avenue--19th Floor
Chicago, IL 60603
312-372-1361