# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1306 | **DATE** | April 17, 2008 |
| **CASE TITLE** | SHALES et al vs. MASONRY STRUTURES INC | | |

**DOCKET ENTRY TEXT:**

Motion hearing held on 4/17/2008 regarding motion for entry of default,, motion for order, 10 .Motion for entry of default 10 is granted an amended order 10 to follow. In Court Prove up-default hearing set for 4/23/2008 at 09:00 A.M.

| | Courtroom Deputy Initials: | PM |
|---|---|---|