## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1306 | **DATE** | 4/17/2008 |
| **CASE TITLE** | Shales, et al vs. Masonry Structures, Inc. | | |

**DOCKET ENTRY TEXT**

MINUTE entry before Judge Honorable David H. Coar: Motion hearing held on 4/17/2008 regarding motion for entry of default,, motion for order, 10 .Motion for entry of default 10 is granted an amended order 10 to follow. In Court Prove up-default hearing set for 4/23/2008 at 09:00 A.M

/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|