# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND, <br><br> and <br><br> MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, GORDON ANDERSON and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND, <br><br>  Plaintiffs, <br><br> v. <br><br> MASONRY STRUCTURES, INC., <br><br> Defendant. | Case No. 08 C 1306 <br><br> Judge Coar <br><br> Magistrate Judge Cole |

## NOTICE OF FILING

   **TO:**   MASONRY STRUCTURES, INC.
         c/o Roseanne Loftus, Registered Agent
         646 Busse Highway
         Park Ridge, IL 60068

   **PLEASE TAKE NOTICE** that on **April 18, 2008**, I caused to be filed the attached Affidavit of Patricia M. Shales, Affidavit of LaKisha M. Kinsey-Sallis, and proposed Default Judgment Order, for purposes of the prove-up hearing set in this matter for April 23, 2008, at the Everett McKinley Dirksen Building, located at 219 South Dearborn Street, Chicago, Illinois 60604.

                                        Respectfully submitted,

                                        /s/LaKisha M. Kinsey-Sallis
                                        LaKisha M. Kinsey-Sallis
                                        One of Plaintiffs' Attorneys

J. Peter Dowd
Michele M. Reynolds
LaKisha M. Kinsey-Sallis
Steven W. Jados
**DOWD, BLOCH & BENNETT**
8 S. Michigan Avenue--19th Floor
Chicago, IL 60603
312-372-1361