## AFFIDAVIT OF LAKISHA M. KINSEY-SALLIS

**COUNTY OF COOK**      )
                        ) SS
**STATE OF ILLINOIS**   )

I, LaKisha M. Kinsey-Sallis, of full age, being duly sworn on my oath, hereby depose and say as follows:

1. I am an attorney admitted to the regular of this Court and the State of Illinois.

2. I am an associate in the firm Dowd, Bloch & Bennett where I practice exclusively in the areas of ERISA, labor and employment law. In this position I have responsibility in representing Plaintiffs in case number 08-C-1306.

3. This affidavit is based on my personal knowledge and, if necessary, I could testify to the facts contained in this affidavit.

4. Through the filing of this affidavit and other prove-up documents, the Firm has devoted a total of approximately 12.80 hours to the representation of the Fox Valley Laborers' Health and Welfare Fund and the Fox Valley Laborers' Pension Fund (collectively the "Funds") in connection with this case. This includes time spent conferring with my client, preparing correspondence to my client and to the Defendant, attempting to collect amounts due from the Defendant, discussing payment options with the Defendant, reviewing reports remitted by the Defendant and making calculations of the amounts owed, preparing the complaint and related documents, discussing the status of service on the Defendant with the process servers, researching the Defendant's corporate structure, preparing the motion for entry of default and related documents, appearing in court, advising my client and the Defendant of the outcome of the hearing on the motion for entry of default and preparing the prove-up documents.

5. The rate which our firm charges the Funds for my work is $155.00 per hour, $200.00 for Mr. J. Peter Dowd, $175.00 for the work of Ms. Michele M. Reynolds, and $115.00 for the work of law clerks.

6. I anticipate I will devote at least three additional hours to the case in preparing for and attending the prove-up hearing, examining any order or orders that may be entered, and informing my client and the Defendant of the results; and I therefore seek recovery on behalf of the Funds the charge which will be made for three hours of my time in addition to the 12.80 hours described in ¶4, for a total of 15.80 hours.

7. Based on 15.80 hours of work which the firm performed or will perform on behalf of the Funds, the Funds will incur attorneys' fees in the amount of $2,514.75.

8. In addition, the Funds have incurred costs in the amount of $430.76, specifically $350.00 for the filing fee, $10.76 for postage, and $70.00 for process service.

9. Accordingly, the Funds have incurred or will incur attorneys' fees and costs in the amount of $2,945.51.

I have read the foregoing affidavit and swear that it is true and correct to the best of my knowledge, information, and belief.

_LaKisha M. Kinsey-Sallis_

Subscribed and sworn to
before me this 17th day of
April, 2008,

_Anna Marie Hernandez_
Notary Public

"OFFICIAL SEAL"
ANNA MARIE HERNANDEZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/7/2009