## AFFIDAVIT OF PATRICIA M. SHALES

**COUNTY OF KANE**      )
                        ) SS
**STATE OF ILLINOIS**   )

I, Patricia M. Shales, of full age, being duly sworn on my oath, hereby depose and say as follows:

1. I am the Administrative Manager of the Fox Valley Laborers Fringe Benefit Funds, (the "Funds") and in such capacity, have personal knowledge of the matters contained in this affidavit, and if necessary, I could testify to the facts contained herein.

2. I have responsibility for maintaining Masonry Structures, Inc.'s account with respect to the Funds in this matter. Furthermore, I am in charge of keeping and maintaining records of contribution reports and contributions received by the Funds from each person, firm and corporation required to make contributions to the Funds. I have similar responsibilities on behalf of Plaintiffs for employers who are signatory to collective bargaining agreements with the Laborers' District Council and/or Fox Valley area local unions requiring employer contributions to the Funds.

3. Pursuant to the terms of the collective bargaining agreements, signatory employers are required to make contributions to the Funds on behalf of their covered employees.

4. Defendant Masonry Structures, Inc., (hereinafter "Defendant Company") is signatory on the collective bargaining agreements. As a result, Defendant Company was required to file monthly reports and contribute $13.87 per hour, per employee to the Funds for all relevant periods by the 20th day of the month immediately following the month in which the work was performed.

5. Under the Defendant Company's collective bargaining agreements and the Funds' respective trust agreements, Employers who fail to remit their reports and contributions to the Funds

by the due date, incur liquidated damages of 10%, which increases to 20% once a lawsuit is filed. Additionally, employers are liable for interest on the delinquent contributions at a rate of 2% compounded monthly until paid, and attorneys' fees and other costs of collection.

6. For the months of August 2007 and continuing through the present, the Defendant Company has failed to timely report all hours worked by all of its covered employees and failed to pay all contributions for all of its employees covered by the labor agreement.

7. On or about February 1, 2008, the Defendant Company remitted payment for the contributions due for the work months of August 2007 and September 2007 but failed to pay the accompanying liquidated damages due for those untimely remittances or the contributions and other sums due for each subsequent delinquent month.

8. Based on actual reports remitted for October 2007 through March 2008, the Defendant Company owes the following amounts:

|  | **DELINQUENCY** |
|---|---|
| Contributions (10/07-03/08) | $ 10,492.66 |
| Liquidated Damages @ 20% | $ 2,098.53 |
| Prior Statement of Liquidated Damages (08/07-09/07) | $    395.30 |
| **Total** | **$ 12,986.49** |

See Exhibit "A."

9. Under the collective bargaining agreement, Defendant Company must also pay all reasonable attorneys' fees and costs of collection.

10. Accordingly, Defendant Company owes a total of **$12,986.49** to the Funds in delinquent contributions and liquidated damages for the period through March 2008. This amount does not include attorneys' fees and costs of collection, for which the Defendant Company is also

liable to pay.

I have read the foregoing affidavit and swear that it is true and correct to the best of my knowledge, information, and belief.

_____
Patricia M. Shales

Subscribed and sworn to by
Patricia M. Shales, whose signature
is known to me, this 18TH day of
APRIL, 2008

"OFFICIAL SEAL"
ELSA I. CONTRERAS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/14/2009

_____
Notary Public

RECEIVED
APR 17 2008
F.V. LABORERS

FUND OFFICE COPY

**FOX VALLEY LABORERS FRINGE BENEFIT FUNDS**
75 REMITTANCE DRIVE
SUITE #1504
CHICAGO, IL 60675-1504
(847) 742-0900

1489
FOR OFFICIAL USE ONLY

8021  JM  JOURNEYMAN

☐ No work this month
☐ FINAL report
☐ Send more forms
☐ Change of address
☐ Change in name

MASONRY STRUCTURES
14620 KESLINGER RD
DEKALB, IL 60115-8855

The undersigned employer, if not already a signator, hereby becomes a signatory party to the currently applicable collective bargaining agreement with the District Council or Local of the Union covering the type and area of work of the listed employees and also to each agreement and Declaration of Trust, and amendments, establishing the funds for which payment is made herewith.

Please check here

| PLEASE USE SEPARATE FORM FOR DIFFERENT RATES | CODE | | REPORT MONTH |
|---|---|---|---|
| JOB LOCATION | BUILDING CONTRACT (NO INDUSTRY) | | AUGUST 2007 |

| SOCIAL SECURITY NUMBER | EMPLOYEE NAME | LOCAL NO. | HOURS WORKED | | GROSS WAGES |
|---|---|---|---|---|---|
| ~~XXXXXXXXX~~ | Jesus Ruiz | 582 | 142 | 133.22 | 4844.30 |
| | | | | | |
| | **TOTALS** | | 142 | 133.22 | 4844.30 |

PLEASE SUPPLY BUSINESS PHONE NO.: (815) 754 9690

13.87   WELF & PEN   13.65 X 142   (Tot Hrs Wrkd) = $ 1938.30
        APPR (AA)    .22 X 142     (Tot Hrs Wrkd) = $ 31.24

NOTE: THE NAMES ON THIS REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS.

BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO WERE HIRED DURING THIS PERIOD.

REPORTS ARE DUE BY THE 15th OF EACH MONTH.
LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES.

SIGNED [signature]

**MAKE ONE CHECK PAYABLE TO:**
FOX VALLEY LABORERS FRINGE BENEFIT

EXHIBIT A

TOTAL AMOUNT DUE   $ 1969.54

**FOX VALLEY LABORERS FRINGE BENEFIT FUNDS**
**75 REMITTANCE DRIVE**
**SUITE #1504**
**CHICAGO, IL 60675-1504**
**(847) 742-0900**

1489
FOR OFFICIAL USE ONLY

8021   JM   JOURNEYMAN

- [ ] No work this month
- [ ] FINAL report
- [ ] Send more forms
- [ ] Change of address
- [ ] Change in name

MASONRY STRUCTURES
14620 KESLINGER RD
DEKALB, IL 60115-8855

The undersigned employer, if not already a signatory, hereby becomes a signatory party to the currently applicable collective bargaining agreement with the District Council or Local of the Union covering the type and area of work of the listed employees and also to each agreement and Declaration of Trust, and amendments, establishing the funds for which payment is made herewith.

Please check here

**PLEASE USE SEPARATE FORM FOR DIFFERENT RATES**
JOB LOCATION    CODE    BUILDING CONTRACT (NO INDUSTRY)    REPORT MONTH: SEPTEMBER 2007

| SOCIAL SECURITY NUMBER | EMPLOYEE NAME | LOCAL NO. | HOURS WORKED | | GROSS WAGES |
|---|---|---|---|---|---|
| ~~[redacted]~~ | RUIZ JESUS A | 582 | 79 | 74.19 | 2697.84 |
| ~~[redacted]~~ | Craig Philbrick | 582 | 64 | 58.34 | 2121.00 |
| | TOTALS | 143 | 132.53 | | 4818.84 |

PLEASE SUPPLY BUSINESS PHONE NO.: (815) 754 9690

13.87    WELF & PEN   13.65 X  143  (Tot Hrs Wrkd) = $ 1951.95
         APPR (AA)     .22  X  143  (Tot Hrs Wrkd) = $ 31.46

NOTE: THE NAMES ON THIS REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS.

BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO WERE HIRED DURING THIS PERIOD.

REPORTS ARE DUE BY THE 15th OF EACH MONTH. LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES.

SIGNED: [signature]

**MAKE ONE CHECK PAYABLE TO:**
FOX VALLEY LABORERS FRINGE BENEFIT FUNDS

TOTAL AMOUNT DUE   $ 1983.41

FOX VALLEY LABORERS FRINGE BENEFIT FUNDS
75 REMITTANCE DRIVE
SUITE #1504
CHICAGO, IL 60675-1504

1489

8021  JM  JOURNEYMAN

MASONRY STRUCTURES
14620 KESLINGER RD
DEKALB, IL 60115-8855

The undersigned employer, if not already a signatory, hereby becomes a signatory party to the currently applicable collective bargaining agreement with the District Council or Local of the Union covering the type and area of work of the listed employees and also to each agreement and Declaration of Trust, and amendments, establishing the funds for which payment is made herewith.

BUILDING CONTRACT (NO INDUSTRY)     October 2007

| | | | HOURS WORKED | | GROSS WAGES |
|---|---|---|---|---|---|
| ~~redacted~~ | RUIZ JESUS A | 582 | 200 | | 6830.00 |
| ~~redacted~~ | Steve Cantrell | 582 | 34 | | 1127.10 |
| ~~redacted~~ | Craig Philbrick | 582 | 198 | | 6563.70 |
| | | | 432 | | 14520.80 |

13.87       WELF & PEN   13.65 X  432  (Tot Hrs Wrkd) = $ 5896.80
            APPR (AA)     .22 X   432  (Tot Hrs Wrkd) = $   95.04

BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER
IF ALL EMPLOYEES WHO WERE HIRED DURING THIS PERIOD.

REPORTS ARE DUE BY THE 15th OF EACH MONTH.
LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES.

*[signature]*

**MAKE ONE CHECK PAYABLE TO:**
FOX VALLEY LABORERS FRINGE BENEFIT FUNDS

5991.84

FOX VALLEY LABORERS FRINGE BENEFIT FUNDS
75 REMITTANCE DRIVE
SUITE #1504
CHICAGO, IL 60675-1504

1489

8021   JM   JOURNEYMAN

MASONRY STRUCTURES
14620 KESLINGER RD
DEKALB, IL 60115-8855

The undersigned employer, if not already a signatory, hereby becomes a signatory party to the currently applicable collective bargaining agreement with the District Council or Local of the Union covering the type and area of work of the listed employees and also to each agreement and Declaration of Trust, and amendments, establishing the funds for which payment is made herewith.

BUILDING CONTRACT (NO INDUSTRY)            *November* 2007

| | | | HOURS WORKED | | GROSS WAGES |
|---|---|---|---|---|---|
| ~~(scribbled)~~ | RUIZ JESUS A | 582 | 112 | | 3334.29 |
| ~~(scribbled)~~ | Steve Cantrell | | 98 | | 3248.70 |
| ~~(scribbled)~~ | Craig Philbrick | | 114.5 | | 3795.68 |
| | | | 324.5 | | |

13.87         WELF & PEN    13.65  X  324.5   (Tot Hrs Wrkd) = $ 4429.42
              APPR (AA)      .22   X  324.5   (Tot Hrs Wrkd) = $   71.39

E SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER
F ALL EMPLOYEES WHO WERE HIRED DURING THIS PERIOD.

REPORTS ARE DUE BY THE 15th OF EACH MONTH.
LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES.

*(signature)*

**MAKE ONE CHECK PAYABLE TO:**
FOX VALLEY LABORERS FRINGE BENEFIT FUNDS

4500.81

FOX VALLEY LABORERS FRINGE BENEFIT FUNDS
75 REMITTANCE DRIVE
SUITE #1504
CHICAGO, IL 60675-1504
**(847) 742-0900**

1489
FOR OFFICIAL USE ONLY

8021   JM   JOURNEYMAN

- [ ] No work this month
- [ ] FINAL report
- [ ] Send more forms
- [ ] Change of address
- [ ] Change in name

MASONRY STRUCTURES
14620 KESLINGER RD
DEKALB, IL 60115-8855

The undersigned employer, if not already a signatory, hereby becomes a signatory party to the currently applicable collective bargaining agreement with the District Council or Local of the Union covering the type and area of work of the listed employees and also to each agreement and Declaration of Trust, and amendments, establishing the funds for which payment is made herewith.

Please check here

| PLEASE USE SEPARATE FORM FOR DIFFERENT RATES | CODE | | REPORT MONTH |
|---|---|---|---|
| JOB LOCATION | | BUILDING CONTRACT (NO INDUSTRY) | DECEMBER 2007 |

| SOCIAL SECURITY NUMBER | EMPLOYEE NAME | LOCAL NO. | HOURS WORKED | | GROSS WAGES |
|---|---|---|---|---|---|
| ######### | RUIZ JESUS A | 582 | 0 | | 0 |
| | | TOTALS | 0 | | 0 |

PLEASE SUPPLY BUSINESS PHONE NO.: (     )

13.87    WELF & PEN   13.65  X   0   (Tot Hrs Wrkd) = $  0
         APPR (AA)     .22  X   0   (Tot Hrs Wrkd) = $  0

NOTE: THE NAMES ON THIS REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS.

BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO WERE HIRED DURING THIS PERIOD.

REPORTS ARE DUE BY THE 15th OF EACH MONTH.
LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES.

SIGNED

**MAKE ONE CHECK PAYABLE TO:**
FOX VALLEY LABORERS FRINGE BENEFIT FUNDS

TOTAL AMOUNT DUE   $   0

UND OFFICE COPY

FOX VALLEY LABORERS FRINGE BENEFIT FUNDS
75 REMITTANCE DRIVE
SUITE #1504
CHICAGO, IL 60675-1504

1489

8021  JM  JOURNEYMAN

MASONRY STRUCTURES
14620 KESLINGER RD
DEKALB, IL 60115-8855

The undersigned employer, if not already a signator, hereby becomes a signatory party to the currently applicable collective bargaining agreement with the District Council or Local of the Union covering the type and area of work of the listed employees and also to each agreement and Declaration of Trust, and amendments, establishing the funds for which payment is made herewith.

BUILDING CONTRACT (NO INDUSTRY)                January 2008

| | | | HOURS WORKED | | GROSS WAGES |
|---|---|---|---|---|---|
| | RUIZ JESUS A | 582 | 0 | | 0 |
| | | | 0 | | 0 |

13.87        WELF & PEN   13.65  X  0   (Tot Hrs Wrkd) = $ 0
             APPR (AA)      .22  X  0   (Tot Hrs Wrkd) = $ 0

E SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER
IF ALL EMPLOYEES WHO WERE HIRED DURING THIS PERIOD.

REPORTS ARE DUE BY THE 15th OF EACH MONTH.
LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES.

**MAKE ONE CHECK PAYABLE TO:**
FOX VALLEY LABORERS FRINGE BENEFIT FUNDS

0

FUND OFFICE COPY

**FOX VALLEY LABORERS FRINGE BENEFIT FUNDS**
75 REMITTANCE DRIVE
SUITE #1504
CHICAGO, IL 60675-1504
(847) 742-0900

1489
FOR OFFICIAL USE ONLY

8021   JM   JOURNEYMAN

- [ ] No work this month
- [x] FINAL report
- [ ] Send more forms
- [ ] Change of address
- [ ] Change in name

MASONRY STRUCTURES
14620 KESLINGER RD
DEKALB, IL 60115-8855

The undersigned employer, if not already a signatory, hereby becomes a signatory party to the currently applicable collective bargaining agreement with the District Council or Local of the Union covering the type and area of work of the listed employees and also to each agreement and Declaration of Trust, and amendments, establishing the funds for which payment is made herewith.

Please check here

PLEASE USE SEPARATE FORM FOR DIFFERENT DATES
JOB LOCATION

CODE — BUILDING CONTRACT (NO INDUSTRY)

REPORT MONTH — FEBRUARY 2008

| SOCIAL SECURITY NUMBER | EMPLOYEE NAME | LOCAL NO. | HOURS WORKED | | GROSS WAGES |
|---|---|---|---|---|---|
| | NO HOURS | | | | |
| | **TOTALS** | | 0 | | 0 |

PLEASE SUPPLY BUSINESS PHONE NO.: (_____) _____

|   | 13.87 | WELF & PEN | 13.65 | X _____ | (Tot Hrs Wrkd) = $ _____ |
|   |       | APPR (AA)  |  .22  | X _____ | (Tot Hrs Wrkd) = $ _____ |

NOTE: THE NAMES ON THIS REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS.

BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO WERE HIRED DURING THIS PERIOD.

REPORTS ARE DUE BY THE 15th OF EACH MONTH.
LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES.

_[signature]_
SIGNED

**MAKE ONE CHECK PAYABLE TO:**
FOX VALLEY LABORERS FRINGE BENEFIT FUNDS

TOTAL AMOUNT DUE   $  0

**FUND OFFICE COPY**

FOX VALLEY LABORERS FRINGE BENEFIT FUNDS
75 REMITTANCE DRIVE
SUITE #1504
CHICAGO, IL 60675-1504
(847) 742-0900

ACCOUNT NO. 1489
FOR OFFICIAL USE ONLY

8021 JM JOURNEYMAN

- [ ] No work this month
- [x] FINAL report
- [ ] Send more forms
- [ ] Change of address
- [ ] Change in name

Please check here

MASONRY STRUCTURES
14620 KESLINGER RD
DEKALB, IL 60115-8855

The undersigned employer, if not already a signatory, hereby becomes a signatory party to the currently applicable collective bargaining agreement with the District Council or Local of the Union covering the type and area of work of the listed employees and also to each agreement and Declaration of Trust, and amendments, establishing the funds for which payment is made herewith.

PLEASE USE SEPARATE FORM FOR DIFFERENT RATES
JOB LOCATION
CODE: BUILDING CONTRACT (NO INDUSTRY)
REPORT MONTH: MARCH 2008

| SOCIAL SECURITY NUMBER | EMPLOYEE NAME | LOCAL NO. | HOURS WORKED | | GROSS WAGES |
|---|---|---|---|---|---|
| | No Hours | | | | |
| | **TOTALS** | | 0 | | 0 |

PLEASE SUPPLY BUSINESS PHONE NO.: (____) _____

13.87   WELF & PEN   13.65 X _____ (Tot Hrs Wrkd) = $ _____
         APPR (AA)    .22 X _____ (Tot Hrs Wrkd) = $ _____

NOTE: THE NAMES ON THIS REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS.

BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO WERE HIRED DURING THIS PERIOD.

REPORTS ARE DUE BY THE 15th OF EACH MONTH. LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES.

SIGNED: _[signature]_

**MAKE ONE CHECK PAYABLE TO:**
FOX VALLEY LABORERS FRINGE BENEFIT FUNDS

TOTAL AMOUNT DUE   $ 0