## **CERTIFICATE OF SERVICE**

I, LaKisha M. Kinsey-Sallis, an attorney, hereby certify that I will cause to be served a copy of the attached Affidavit of Patricia Shales, Affidavit of LaKisha M. Kinsey-Sallis and proposed Order via electronic filing on the parties eligible to receive e-filing and by having copies sent via facsimile where indicated and mailed to the parties not eligible for e-filing on April 18, 2008, with proper postage prepaid to the addresses indicated.

Masonry Structures, Inc.
c/o Roseanne Loftus, Registered Agent
646 Busse Highway
Park Ridge, IL 60068

Masonry Structures, Inc.
c/o Robin Dallasassee, President
14620 Keslinger Road
Dekalb, IL 60115
fax: (815) 754-9961

      /s/ LaKisha M. Kinsey-Sallis
      LaKisha M. Kinsey-Sallis
      One of Plaintiffs' Attorneys