

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1306 | **DATE** | 4/23/2008 |
| **CASE TITLE** | Mike Shales, et al vs. Masonry Structures, Inc. | | |

**DOCKET ENTRY TEXT**

Prove-up default hearing held on 4/23/2008. Default Judgment is entered against Masonry Structures, Inc in the total sum of $15,932.00 and in favor of the plaintiffs. ENTER JUDGMENT ORDER. Civil case terminated.
/s/David H. Coar
David H. Coar, U.S. District Judge

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:02



| | Courtroom Deputy Initials: | PAMF |
|---|---|---|