

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND,<br><br>and<br><br>MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, GORDON ANDERSON and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>MASONRY STRUCTURES, INC.,<br><br>Defendant. | Case No. 08 C 1306<br><br>Judge Coar<br><br>Magistrate Judge Cole |

### JUDGMENT ORDER

This matter coming before the Court for prove-up on Plaintiffs' Motion for Entry of Default, the Court being fully apprised on the premises. The Court has examined the Plaintiffs' submissions and is fully informed. It appears that good cause exists for granting Plaintiffs the relief as requested in the Complaint:

WHEREAS, the Plaintiffs filed their Complaint on March 4, 2008, and the Defendant was served with copies of the Complaint and Summons on March 19, 2008; and

WHEREAS, the Defendant has failed to answer or otherwise plead and as a result, on April 17, 2008 an Order of Default was entered against it;

1

WHEREAS, upon application of the Plaintiffs and for good cause shown, a default judgment is hereby entered against MASONRY STRUCTURES, INC., in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered on behalf of the Plaintiffs and against MASONRY STRUCTURES, INC., as follows:

1. Judgment is entered against Defendant MASONRY STRUCTURES, INC., in the amount of **$15,932.00** for amounts owed for the work months of August 2007 through March 2008 including outstanding contributions, interest, liquidated damages, and attorneys' fees and costs and Defendant MASONRY STRUCTURES, INC., is ordered to submit **$15,932.00** to the Plaintiffs within 10 days of the date of this Order for the following:

|  | **DELINQUENCY** |
|---|---|
| Contributions (10/07-11/07) | $ 10,492.66 |
| Liquidated Damages @ 20% | $ 2,098.53 |
| Prior Statement of Liquidated Damages (08/07-09/07) | $ 395.30 |
| Attorneys' Fees & Costs | $ 2,945.51 |
| **Total** | $ 15,932.00 |

Judgment Amount : $15,932.00

2. Nothing in this Order shall prevent the Funds from auditing any non-audited periods including periods after August 2007 and collecting any amounts that may be due as revealed pursuant to that audit.

ENTERED:

_____ Date: _April 23, 2008_
HONORABLE JUDGE DAVID H. COAR