## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV1306     Assigned/Issued By: J. N.

Judge Name:     Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons     ☐ Alias Summons

☐ Third Party Summons     ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons
_____
_____
*(Victim, Against and $ Amount)*

☑ Citation to Discover Assets     ☐ Other

☐ Writ _____
*(Type of Writ)*
_____
_____
*(Type of issuance)*

 6   Original and  6   copies on  8-14-08   as to  PAR DEVELOPMENT, INC.;
                                    (Date)
PLOTE CONSTRUCTION INC. ; RENTAL SYSTEMS, L.L.C.; REPCO, L.L.C.; RIVER PARK

PLACE, L.L.C.; KREMERY COMPANIES LLC (NO NOTICE FILED)